AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT **COPY**

DISTRICT OF SOUTH CAROLINA   ORIGINAL WARRANT ON FILE.
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY.

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

THOMAS BARRETT STRINGER
520 ARRICOLA AVENUE
ST. AUGUSTINE, FLORIDA 32084

CASE NUMBER: 2:99-1092

(Name and Address of Defendant)

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **THOMAS BARRETT STRINGER** and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation

charging him or her with (brief description of offense)

For charges, see attached copy of Indictment. A copy of the Indictment is attached for service on defendant.

in violation of Title **18**, United States Code, Sections(s) **513(a)**.

Larry W. Propes, Clerk
Name of Issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____

Clerk of Court
Title of Issuing Officer

December 15, 1999, Charleston, South Carolina
Date and Location

by _____
Name of Judicial Officer

| | RETURN | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

