UNITED STATES DISTRICT COURT
FOR THE

SOUTHERN DISTRICT OF FLORIDA

5-11-00
FHC

Case No: 00-2721-AMS

District of SC# 2:99-10

United States of America

v      **WAIVER OF REMOVAL HEARING**

Thomas Barrett Stringer

I   Thomas Barrett Stringer   , charged in a proceeding pending in the district of  South Carolina  , with violation of (Counterfeit Securities) and having been arrested in the Southern District of Florida and taken before Barry S. Seltzer, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the

district of  South Carolina  where the aforesaid charge is pending against me.

May  11 , 20 00        [signature]
                        Signature of defendant

[signature] - 5/11/00
Barry S. Seltzer
United States Magistrate Judge