| | | | |
|---|---|---|---|
| DEFT: | Thomas Barrett Stringer (J)# | CASE NO: | 00-2721-AMS |
| AUSA: | Roger Powell *present* | ATTNY: | FPD *Amargon* |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD/Removal | BOND REC: | |

BOND HEARING HELD - yes /no/    COUNSEL APPOINTED:

BOND SET @ _____ $500,000 CSB w/ Nebbia_____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passport/travel documents.
4) Rpt to PTS as directed /or ___ week/month by phone; ___ in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

FILED by ___ D.C.
MAY 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA./FT. LAUD.

No Bond hearing held
Both sides stipulate
to a CSB w/ nebbia,
reserving right to
proceed w/ PTD at a later
date
S - waives removal

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _no removal_   6-8-00   11:00am   BSS ✓
DATE: 5-11-00   TIME: 10:00am   TAPE # 00-035   PG # 8

1036 - 1344

9/4