DEFT: Thomas Barrett Stringer (J)#    CASE NO: 00-2721-AMS
AUSA: Roger Powell /Stefin    ATTNY: FPD: Sam Smargon pres
AGENT: _____    VIOL: _____
PROCEEDING: Status re removal    BOND REC: _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____
____ BOND SET @ _____

FILED by ___ D.C.
JUN 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

SD/FL will not pursue Rule 20

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN, OR REMOVAL
STATUS CONFERENCE: w/deft · 9-25-00  11:00  BSS
re remvl
DATE: 6-8-00    TIME: 11:00am    TAPE # 00- 045  PG # 4
3659 - 3700
00-064
1 -