**00-6227**

United States of America

v.

**THOMAS B. STRINGER**

Criminal No.   **2:99-1092**

CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

FILED
AUG 1 1 2000

Consent to Transfer of Case

for Plea and Sente[nce]

*(Under Rule 20)*

I, __**THOMAS B. STRINGER**__ defendant, have been informed that an ___**INDICTMENT**___ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __**guilty**__ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the __**SOUTHERN**__ District of __**FLORIDA**__ in which I _____ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: _____, 19___ at _____

_____
*(Defendant)*

_____
*(Witness)*

_____
*(Counsel for Defendant)*

Approved

_____
**J. RENE JOSEY**
United States Attorney for the
__SOUTH CAROLINA__ District of

_____
**GUY LEWIS**
United States Attorney for the
**SOUTHERN** District of
**FLORIDA**

FORM USA-63
SEP 82

United States of America

v.

THOMAS B. STRINGER

Criminal No. 2:99-1092

**ORIGINAL FILED**

**AUG - 8 2000**

LARRY W. PROPES, CLERK
CHARLESTON, SC

Consent to Transfer of Case

for Plea and Sentence

*(Under Rule 20)*

I, __THOMAS B. STRINGER__, defendant, have been informed that an __INDICTMENT__ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead __guilty__ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the __SOUTHERN__ District of __FLORIDA__ in which I _____ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: __July 21__, 19__2000__ at _____

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

A TRUE COPY
Attest Larry W Propes, Clerk
By _____
Deputy Clerk

_____
J. RENE JOSEY
United States Attorney for the
__SOUTH CAROLINA__ District of

Approved

_____
GUY LEWIS
United States Attorney for the
__SOUTHERN__ District of
__FLORIDA__

FORM USA-153
SEP 82

**00-6227**

August 8, 2000

CR-DIMITROULEAS

Carlos K. Juenke, Clerk
United States District Court
Southern District of Florida
United States Courthouse
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

MAGISTRATE JUDGE
SNOW

RE: Criminal No. 2:99-1092, District of South Carolina, Charleston Division, Re: Thomas Barrett Stringer

Dear Mr. Juenke,

Enclosed herewith is a true copy of the original Indictment in the above entitled case which is being transferred to your district under Rule 20 as indicated by the attached Consent to Transfer.

Also enclosed are certified copies of the following:

1. Docket Entries

Please acknowledge receipt of the file on the copy of this letter which is attached.

Sincerely,

LARRY W. PROPES, CLERK

By: _____
    Deputy Clerk

Enclosures

cc: Honorable David C. Norton
    United states District Judge

    United States Attorney
    United States Probation Office
    United States Marshal

Date_____ Received By:_____ Case No._____

```
                                                      CLOSED
                    U.S. District Court
            District of South Carolina (Charleston)

         CRIMINAL DOCKET FOR CASE #: 99-CR-1092-1

USA v. Stringer                                Filed: 12/15/99
Case Assigned to:  Judge David C. Norton
Dkt# in other court: None

THOMAS BARRETT STRINGER        Thomas Barrett Stringer
    defendant                    [term  08/08/00]
 [term  08/08/00]               520 Arricola Avenue
                                St. Augustine, FL 32084


Pending Counts:

    NONE


Terminated Counts:                  Disposition

18:513(a) UTTER FORGED AND       Consent to transfer of case for
COUNTERFEIT SECURITY; did        plea and sentence under
knowingly and willfully utter    Rule 20
and possess conterfeited         (1 - 15)
securities
(1 - 15)


Offense Level (disposition): 4



Complaints:

    NONE
```

```
INTERNAL USE ONLY: Proceedings include all events.
2:99cr1092-1 USA v. Stringer                                    CLOSED

Thomas Barrett Stringer

          defendant


========================

USA

          plaintiff

U. S. Attorneys:

  Scott N. Schools, AUSA
   [term  08/08/00]
  843-727-4443
  [COR LD NTC]
  Assistant US Attorney
  PO Box 978
  Charleston, SC 29402
  843-727-4585
```

```
INTERNAL USE ONLY: Proceedings include all events.
2:99cr1092-1 USA v. Stringer                                  CLOSED

12/15/99  1       INDICTMENT as to Thomas Barrett Stringer (1) count(s) 1-15
                  (dmoo) [Entry date 12/17/99]

12/15/99  --      Added Government Attorney Scott N. Schools (dmoo)
                  [Entry date 12/17/99]

12/15/99  2       ORDER for Issuance of Bench Warrant as to Thomas Barrett
                  Stringer Warrant issued ( Signed by Magistrate Judge Robert
                  S. Carr ) (dmoo) [Entry date 12/17/99]

8/8/00    --      CASE assigned  to Judge David C. Norton (dpat)
                  [Entry date 08/08/00]

8/8/00    3       Consent to Transfer Jurisdiction (Rule 20) to Southern
                  District of Florida as to Thomas Barrett Stringer, Counts
                  closed: Thomas Barrett Stringer (1) count(s) 1-15 (dpat)
                  [Entry date 08/08/00]

8/8/00    --      Case closed as to Thomas Barrett Stringer  (all defendants)
                  (dpat) [Entry date 08/08/00]

8/8/00    --      File to Clerk, Southern District of Florida, pursuant to
                  Rule 20 (dpat) [Entry date 08/08/00]
```

IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

ORIGINAL FILED
DEC 1 5 1999
LARRY W.
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 2:99-1092 |
| | 18 U.S.C. 513(a) |
| v. | |
| **THOMAS BARRETT STRINGER** | |

## INDICTMENT

**MAXIMUM SENTENCE THIS COUNT**
**FINE OF $ 250,000    (18 USC 3571)**
**AND/OR IMPRISONMENT FOR  10   YEAR(S)**
**AND A TERM OF SUPERVISED RELEASE OF**
**  3   YEAR(S) (18 USC 3583)**
**SPECIAL ASSESSMENT $ 100.00**
**(18 USC 3013)**

## COUNTS 1-15
(Uttering and possessing counterfeit security)

THE GRAND JURY CHARGES:

On or about October 9, 1998, in the District of South Carolina, **THOMAS BARRETT STRINGER**, did knowingly and willfully utter and possess counterfeited securities of ZC Sterling Insurance Agency, Inc., an organization which operates in and the activities of which affect interstate commerce, with the intent to deceive the Wachovia Bank branch described below;

| COUNT | CHECK NO. | AMOUNT | WACHOVIA BRANCH LOCATION |
|---|---|---|---|
| 1 | 1230003462 | $846.82 | 828 Orleans Road<br>Charleston, S.C. |
| 2 | 1230003463 | $849.52 | 1074 Montague<br>North Charleston, S.C. |
| 3 | 1230003464 | $845.70 | 4400 Dorchester Road<br>North Charleston, S.C. |
| 4 | 1230003465 | $856.72 | 8599 Rivers Ave.<br>North Charleston, S.C. |
| 5 | 1230003468 | $795.68 | 5561 Rivers Avenue<br>North Charleston, S.C. |
| 6 | 1230003469 | $796.45 | 1100 Hwy. 17<br>Mt. Pleasant, S.C. |
| 7 | 1230003470 | $829.40 | 507 Coleman Blvd.<br>Mt. Pleasant, S.C. |
| 8 | 1230003474 | $825.28 | 10106 Dorchester Road<br>Summerville, S.C. |
| 9 | 1230003476 | $843.76 | 406 N. Main Street<br>Summerville, S.C. |
| 10 | 1230003477 | $842.79 | 237 East Main<br>Summerville, S.C. |
| 11 | 1230003478 | $829.34 | 237 East Main<br>Moncks Corner, S.C. |
| 12 | 1230006556 | $842.79 | 165 Cannon Street<br>Charleston, S.C. |
| 13 | 1230006557 | $826.39 | 16 Broad Street<br>Charleston, S.C. |
| 14 | 1230006558 | $828.30 | Berkeley Square<br>Goose Creek, S.C. |
| 15 | 1230006560 | $846.82 | 1305 Sam Rittenburg<br>Charleston, S.C. |

In violation of Title 18, United States Code. Section 513(a).

                          A  __TRUE__  BILL

                          __/s/ David A. Blaeuer__
                          FOREPERSON

__/s/ J. René Josey__
J. RENÉ JOSEY (SNS)
UNITED STATES ATTORNEY

A TRUE COPY
Attest: Larry W. Propes, Clerk
By: /s/
Deputy Clerk