UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D OF FLA FT. LAUD

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6227-CR-DIMITROULEAS

vs.

THOMAS BARRETT STRINGER

Defendant.
_____/

**ORDER GRANTING CONTINUANCE**

This matter having come before the Court on August 18, 2000 on a Joint Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing September 5, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **September 1, 2000, at 9:00** A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _21_ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:  Roger Powell, AUSA
     Samuel Smargon, AFPD

