**CRIMINAL MINUTES**

FILED _____ D.C.
NOV 2 ~ 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6133-CR
00-6227-CR ✓ WPD  DATE: November 24, 2000
00-6235-CR
00-6236-CR

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Hitt    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Thomas Barrett Stringer

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Jan Smargon

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence imposed
43 months BOP on each Count to run concurrent, 3 yrs Sup Rel, No Fine
$ 20,237.85 Restitution, $500 assessment

Court recommends designation to a facility in SD/FL.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: Deft Informed of Right to Appeal

